FILED
8/18/17 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          :        Case No.  15-21135 CMB
                                                :
Kathy A. Zebley,                                :        Judge Carlota M. Bohm
                                                :
            Debtor.                             :        Chapter 13
                                                :
Kathy A. Zebley,                                :        Related to Dkt. No. 60
                                                :
                                                :
            Movant,                             :
                                                :
        vs.                                     :
                                                :
Interim Health Care and Ronda J.               :
Winnecour,                                      :
                                                :
Respondents.                                    :
                                                :
D #1 SSN: xxx-xx-8493                           :

ORDER TERMINATING WAGE ATTACHMENT

    The above-named Debtor, _, filed a motion to terminate her wage attachment.

    IT IS, THEREFORE, ORDERED that Debtor's wage attachment through Interim Health
Care is hereby terminated.

    DATED this ____18th____ day of _____August_____, 2017.


                            Prepared by Daniel R. White, Esq.


                            _____
                            U. S. BANKRUPTCY JUDGE  **jah**


  Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 15-21135-CMB
Kathy A. Zebley                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 1          Date Rcvd: Aug 18, 2017
                              Form ID: pdf900     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
db              +Kathy A. Zebley,    157 Rosy Hill Road,    Lemont Furnace, PA 15456-1134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT
           Home Equity Loan Trust 2003-1 ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT Home
           Equity Loan Trust 2003-1 ecfmail@mwc-law.com
          Daniel R. White    on behalf of Debtor Kathy A. Zebley dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Martin A. Mooney    on behalf of Creditor   Toyota Motor Credit Corporation
           tshariff@schillerknapp.com,  ahight@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                TOTAL: 7