File No. 10571

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Kathy A. Zebley, | : | Case No. 15-21135 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 67 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on September 6, 2017, I served a copy of the Court's August 21, 2017, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Amedisys Holding, LLC, 3854 American Way-Suite A, Baton Rouge, LA 70816.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: September 6, 2017

                                              ZEBLEY MEHALOV & WHITE, P.C.

                                              BY

                                              /s/ Daniel R. White
                                                  Daniel R. White
                                                  PA I.D. No. 78718
                                                  P.O. Box 2123
                                                  Uniontown, PA 15401
                                                  724-439-9200
                                                  Email: dwhite@Zeblaw.com
                                                  Attorneys for Debtor