## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Kathy A. Zebley,<br>　　　　　　Debtor | Case No. 15-21135-CMB |
| Toyota Motor Credit Corporation,<br>　　　　　　Movant | CHAPTER 13 |
| 　　　vs. | Related to Documents 57, 65, 69 |
| Kathy A. Zebley,<br>　　　　　　Respondent | |
| Shirley Sokol,<br>　　　　　　Additional Respondent | |
| Ronda J. Winnecour,<br>　　　　　　Chapter 13 Trustee | |

### ORDER OF COURT

AND NOW, this __26th__ day of __September__, 2017, counsel for the parties having

consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above

matter be and hereby is withdrawn without prejudice.

BY THE COURT:

_____
U.S. Bankruptcy Judge

Consented to by:

**/s/ Daniel R. White, Esquire**
Daniel R. White, Esquire
Zebley Mehalov & White, P.C.
Attorney for Debtor
P.O. Box 2123
18 Mill Street Square

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106

Uniontown, PA 15401
Phone: 724-439-9200
dwhite@Zeblaw.com

*/s/Owen W. Katz, Esquire*
Owen W. Katz, Esquire
Attorney for Trustee
US Steel Tower-Suite 3250
600 Grant Street
Pittsburgh, PA 15219
Phone: 412-471-5566
okatz@chapter13trusteewdpa.com

Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

FILED
9/26/17 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21135-CMB
Kathy A. Zebley                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric            Page 1 of 1          Date Rcvd: Sep 26, 2017
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
db            +Kathy A. Zebley,    157 Rosy Hill Road,    Lemont Furnace, PA 15456-1134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia   on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
          Home Equity Loan Trust 2003-1 ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Home
          Equity Loan Trust 2003-1 ecfmail@mwc-law.com
          Daniel R. White   on behalf of Debtor Kathy A. Zebley dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James Warmbrodt   on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Martin A. Mooney   on behalf of Creditor    Toyota Motor Credit Corporation
          tshariff@schillerknapp.com, ahight@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 7