File No. 10571

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Kathy A. Zebley, | : | Case No. 15-21135 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 85 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on April 16, 2018, I served a copy of the Court's April 13, 2018, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Amedisys Holding, LLC, 3854 American Way-Suite A, Baton Rouge, LA 70816.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: April 16, 2018

ZEBLEY MEHALOV & WHITE, P.C.

BY

/s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    P.O. Box 2123
    Uniontown, PA 15401
    724-439-9200
    Email: dwhite@Zeblaw.com
    Attorneys for Debtor