# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KATHY A. ZEBLEY

Case No. 15-21135CMB

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant
vs.

Document No __

FAYETTE COUNTY TAX CLAIM BUR

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDITOR INDICATES ONLY $189.55 REMAINS DUE ON THE DEBT. THE BALANCE DUE UNDER THE PLAN IS $735.00. NO CLAIM WAS FILED. THE TRUSTEE WILL MAINTAIN A RESERVE OF $545.45.

FAYETTE COUNTY TAX CLAIM BUR
COURT HOUSE
61 E MAIN ST
UNIONTOWN, PA 15401

Court claim# /Trustee CID# 3

The Movant further certifies that on 03/12/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
KATHY A. ZEBLEY, 157 ROSY HILL ROAD, LEMONT FURNACE, PA  15456

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, ZEBLEY MEHALOV & WHITE PC, POB 2123*, UNIONTOWN, PA  15401

ORIGINAL CREDITOR:
FAYETTE COUNTY TAX CLAIM BUR, COURT HOUSE, 61 E MAIN ST, UNIONTOWN, PA  15401

NEW CREDITOR: