# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

  KATHY A. ZEBLEY | Case No..15-21135CMB

       Debtor(s)

  Ronda J. Winnecour,Trustee | Chapter 13
     Movant
       vs. | Document No._____
  KATHY A. ZEBLEY

      Respondents

---

## MOTION FOR ORDER TO STOP PAYROLL DEDUCTION

An order to pay Trustee was previously issued in this case against,

Amedisys Holding Llc
Attn.: Payroll Manager
3854 American Way Ste A
Baton Rouge,LA 70816-

an entity from whom the debtor'(s) receives income.  The Trustee requests that this Court enter an order stopping the payroll deduction in this case for the reason(s) set forth below-

THE TRUSTEE WILL RECOMMEND TO THE COURT THAT THE PLAN BE TREATED AS COMPLETED. DEBTOR TO TAKE OVER THE LONG TERM DEBTS JULY 2020.

WHEREFORE, the Trustee respectfully requests that the Court enter an order terminating the payroll deduction in the above-referenced case.

5/20/2020

cc: Debtor(s)
DANIEL R WHITE ESQ

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com