**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   KATHY A. ZEBLEY

| | |
|---|---|
| | Case No.15-21135CMB |

        Debtor(s)

Ronda J. Winnecour, Trustee

   Movant

        vs.

KATHY A. ZEBLEY

Chapter 13

Document No.___92_____

     Respondents

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this _____21st_____ day of __May____ , 20_20, it is hereby ORDERED, ADJUDGED, and DECREED that,

                    Amedisys Holding Llc
                    Attn.: Payroll Manager
                    3854 American Way Ste A
                    Baton Rouge,LA 70816-

is hereby ordered to immediately terminate the attachment of the wages of KATHY A. ZEBLEY,

social security number XXX-XX-8493.   No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of KATHY A. ZEBLEY.

BY THE COURT:

FILED
5/21/20 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21135-CMB
Kathy A. Zebley                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: May 21, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db              +Kathy A. Zebley,    157 Rosy Hill Road,    Lemont Furnace, PA 15456-1134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
         Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
          Home Equity Loan Trust 2003-1 ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
         Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Home
          Equity Loan Trust 2003-1 ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
         Daniel R. White    on behalf of Debtor Kathy A. Zebley zmwchapter13@gmail.com,
          gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
          kcollins@schillerknapp.com,   lgadomski@schillerknapp.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Sindi Mncina    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Home
          Equity Loan Trust 2003-1 smncina@rascrane.com
                                                                              TOTAL: 8