UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  KATHY A ZEBLEY | CASE NO: 15-21135 CMB<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 96 & 97<br>Hearing Date: July 15, 2020<br>Hearing Time: 10:00 a.m.<br>Response Date: June 22, 2020 |

On 6/5/2020, I did cause a copy of the following documents, described below,

Summary Cover Sheet and Notice of Hearing on Professional Fees in Chapter 13 Case on Behalf of Daniel R. White and Zebley, Mehalov and White ECF Docket Reference No. 96 & 97

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/5/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: KATHY A ZEBLEY

CASE NO: 15-21135 CMB

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 96 & 97
Hearing Date: July 15, 2020
Hearing Time: 10:00 a.m.
Response Date: June 22, 2020

On 6/5/2020, a copy of the following documents, described below,

Summary Cover Sheet and Notice of Hearing on Professional Fees in Chapter 13 Case on Behalf of Daniel R. White and Zebley, Mehalov and White ECF Docket Reference No. 96 & 97

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/5/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | CALIBER HOME LOANS | FAYETTE COUNTY TAX CLAIM BUREAU |
| LABEL MATRIX FOR LOCAL NOTICING | PO BOX 24610 | FAYETTE COUNTY COURTHOUSE |
| 03152 | OKLAHOMA CITY OK 73124-0610 | 61 EAST MAIN STREET |
| CASE 15-21135-CMB | | UNIONTOWN PA 15401-3514 |
| WESTERN DISTRICT OF PENNSYLVANIA | | |
| PITTSBURGH | | |
| FRI JUN 5 15-21-25 EDT 2020 | | |

FAYETTE COUNTY TAX CLAIM BUREAU
CO JOHN M ZEGLEN ESQ
99 EAST MAIN STREET
UNIONTOWN PA 15401-3519

FAYETTE COUNTY TAX CLAIM BUREAU
CO SHERYL R HEID ESQ
99 EAST MAIN STREET
UNIONTOWN PA 15401-3519

ALEXANDRA TERESA GARCIA
MCCABE WEISBERG  CONWAY PC
123 SOUTH BROAD STREET
PHILADELPHIA PA 19109-1029

MCCABE WEISBERG  CONWAY
123 SOUTH BROAD STREET SUITE 1400
PHILADELPHIA PA 19109-1060

SINDI MNCINA
RAS CRANE LLC
10700 ABBOTTS BRIDGE ROAD
SUITE 170
DULUTH GA 30097-8461

MARTIN A MOONEY
SCHILLER KNAPP LEFKOWITZ  HERTZEL LLP
950 NEW LOUDON ROAD
SUITE 109
LATHAM NY 12110-2182

EXCLUDE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE SUITE 970
PITTSBURGH PA 15222-3721

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
PO BOX 280946
ATTN- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

ANN E SWARTZ
MCCABE WEISBERG  CONWAY PC
123 SOUTH BROAD STREET
SUITE 1400
PHILADELPHIA PA 19109-1060

THE BANK OF NEW YORK MELLON
CO CALIBER HOME LOANS INC
13801 WIRELESS WAY
OKLAHOMA CITY OK 73134-2500

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON TX 75001-9013

VERIZON WIRELESS BANKRUPTCY ADMIN
PO BOX 3397
BLOOMINGTON IL 61702-3397

JAMES WARMBRODT
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

EXCLUDE
DANIEL R WHITE
ZEBLEY MEHALOV  WHITE PC
18 MILL STREET SQUARE
PO BOX 2123
UNIONTOWN PA 15401-1723

EXCLUDE
RONDA J WINNECOUR
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH PA 15219-2702

EXCLUDE
KATHY A ZEBLEY
157 ROSY HILL ROAD
LEMONT FURNACE PA 15456-1134