File No.: 10571

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Kathy A. Zebley, | : | Case No. 15-21135 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Kathy A. Zebley, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW comes the Debtor, Kathy A. Zebley, by and through her counsel, Zebley Mehalov & White, and certifies under penalty of perjury that the following statements are true and correct:

1.      The Debtor has made all payments required by the Chapter 13 Plan.

2.      Debtor is not required to pay any Domestic Support Obligations.

3.      The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.      On May 20, 2020, at docket number 93, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by:  Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: June 16, 2020

/s/   Kathy A. Zebley
Kathy A. Zebley, Debtor

ZEBLEY MEHALOV & WHITE, P.C.

BY:  /s/ Daniel R. White
       Daniel R. White, Esquire
       PA I.D. No. 78718
       P.O. Box 2123
       Uniontown, PA 15401
       724-439-9200
       dwhite@Zeblaw.com