File No.: 10571

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/26/20 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-21135 CMB |
| | : | |
| Kathy A. Zebley, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. 96 |
| | : | |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date: July 15, 2020, at 10:00 a.m. |
| | : | |
| Applicants, | : | Responses due by: June 22, 2020 |
| | : | |
| vs. | : | **ENTERED BY DEFAULT** |
| | : | |
| No Respondents. | : | |

## FINAL ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

And now, this __26th__ day of __June__, 2020, the Application of Daniel R. White and Zebley Mehalov & White for final Compensation and Reimbursement of Expenses as Counsel for the Debtor is approved for the total amount of $7,712.13 for services rendered on behalf of the Debtor for the period from March 17, 2015, through May 30, 2020, which represents $7,097.50, in attorney fees and $614.63 in costs. The fee/cost balance of $3,212.13, remains and shall be paid by the Chapter 13 Trustee.

Any fee balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtor beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtor has agreed to be paid from monies already paid by or on behalf of the Debtor to the Trustee and allow the case to be closed without requiring additional payments by the Debtor. Any amount due to Debtor's Counsel beyond what is distributed by the Trustee, is expressly waived by Debtor's Counsel and will not be collected from Debtor either through the plan or outside of the Bankruptcy Case.

Order prepared by Daniel R. White

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

By the Court,

*Carlota M. Böhm*   dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:    Case No. 15-21135-CMB
Kathy A. Zebley    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Jun 26, 2020
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
db    +Kathy A. Zebley,    157 Rosy Hill Road,    Lemont Furnace, PA 15456-1134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:
    Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Home Equity Loan Trust 2003-1 ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
    Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Home Equity Loan Trust 2003-1 ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
    Daniel R. White    on behalf of Debtor Kathy A. Zebley zmwchapter13@gmail.com,    gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
    James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
    Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation    kcollins@schillerknapp.com,    lgadomski@schillerknapp.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    Sindi Mncina    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Home Equity Loan Trust 2003-1 smncina@rascrane.com
    TOTAL: 8