**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kathy A. Zebley**
Debtor(s)

Bankruptcy Case No.: 15−21135−CMB
Related to Doc. No. 105
Chapter: 13
Docket No.: 106 − 105

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 26th of August, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/28/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/13/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21135-CMB
Kathy A. Zebley                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Aug 26, 2020
                              Form ID: 408            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             +Kathy A. Zebley,    157 Rosy Hill Road,    Lemont Furnace, PA 15456-1134
14022240        Caliber Home Loans,    P.O. Box 24610,   Oklahoma City, OK 73124-0610
14022241       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
14034739       +Fayette County Tax Claim Bureau,    c/o Sheryl R. Heid, Esq.,    99 East Main Street,
                 Uniontown, PA 15401-3519
14022242       +Fayette County Tax Claim Bureau,    c/o John M. Zeglen, Esq.,    99 East Main Street,
                 Uniontown, PA 15401-3519
14022243       +McCabe, Weisberg & Conway,    123 South Broad Street--Suite 1400,    Philadelphia, PA 19109-1060
14022244       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     P.O. Box 8026,
                 Cedar Rapids, IA 52408-8026)
14052890       +Toyota Motor Credit Corporation,    P.O. Box 9013,   Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14044616       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 27 2020 05:03:52
                 The Bank of New York Mellon,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14022245        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 27 2020 05:00:21
                 Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon, as Trustee for CIT Ho
cr              Toyota Motor Credit Corporation
                                                                                  TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Home Equity Loan Trust 2003-1 ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Home
               Equity Loan Trust 2003-1 ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Charles Griffin Wohlrab    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Home Equity Loan Trust 2003-1 cwohlrab@rascrane.com
              Daniel R. White    on behalf of Debtor Kathy A. Zebley zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               kcollins@schillerknapp.com, lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi Mncina    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Home
               Equity Loan Trust 2003-1 smncina@rascrane.com
                                                                                              TOTAL: 9