**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KATHY A. ZEBLEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-21135<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/02/2015  and confirmed on 6/5/15 .  The case was subsequently          Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 72,221.17 |
| Less Refunds to Debtor | | 27.48 | |
| TOTAL AMOUNT OF PLAN FUND | | | 72,193.69 |
| Administrative Fees | | | |
|    Filing Fee | | 0.00 | |
|    Notice Fee | | 0.00 | |
|    Attorney Fee | | 6,212.13 | |
|    Trustee Fee | | 3,088.58 | |
|    Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 9,300.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 36,190.26 | 0.00 | 36,190.26 |
|     Acct: 2903 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 11,672.59 | 11,672.59 | 0.00 | 11,672.59 |
|     Acct: 2903 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0078 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX0078 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 13,633.82 | 13,633.82 | 1,396.31 | 15,030.13 |
|     Acct: 2825 | | | | |
| | | | | 62,892.98 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KATHY A. ZEBLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KATHY A. ZEBLEY | 27.48 | 27.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,212.13 | 3,212.13 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-20 | | | | |
|   DANIEL R WHITE ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | \*\*\*NONE\*\*\* | | |
| **Unsecured** | | | | |
|   VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX0001 | | | | |
|   MCCABE WEISBERG & CONWAY PC (FOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | \*\*\*NONE\*\*\* | | |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 62,892.98 |

```
TOTAL CLAIMED
   PRIORITY              0.00
   SECURED          25,306.41
   UNSECURED            0.00
```

Date: 08/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KATHY A. ZEBLEY

        Debtor(s)

    Ronda J. Winnecour
         Movant
      vs.
    No Repondents.

Case No.:15-21135

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 15-21135-CMB
Kathy A. Zebley                                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric             Page 1 of 1              Date Rcvd: Aug 26, 2020
                              Form ID: pdf900        Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             +Kathy A. Zebley,   157 Rosy Hill Road,   Lemont Furnace, PA 15456-1134
14022240        Caliber Home Loans,   P.O. Box 24610,   Oklahoma City, OK 73124-0610
14022241       +Fayette County Tax Claim Bureau,   Fayette County Courthouse,   61 East Main Street,
                 Uniontown, PA 15401-3514
14034739       +Fayette County Tax Claim Bureau,   c/o Sheryl R. Heid, Esq.,   99 East Main Street,
                 Uniontown, PA 15401-3519
14022242       +Fayette County Tax Claim Bureau,   c/o John M. Zeglen, Esq.,   99 East Main Street,
                 Uniontown, PA 15401-3519
14022243       +McCabe, Weisberg & Conway,   123 South Broad Street--Suite 1400,   Philadelphia, PA 19109-1060
14022244      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,   P.O. Box 8026,
                 Cedar Rapids, IA 52408-8026)
14052890       +Toyota Motor Credit Corporation,   P.O. Box 9013,   Addison, TX 75001-9013
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14044616       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 27 2020 05:03:52
                 The Bank of New York Mellon,   c/o Caliber Home Loans, Inc.,   13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14022245        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 27 2020 05:00:25
                 Verizon Wireless Bankruptcy Admin.,   P.O. Box 3397,   Bloomington, IL 61702-3397
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             The Bank of New York Mellon, as Trustee for CIT Ho
cr             Toyota Motor Credit Corporation
                                                                                  TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
         Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
          Home Equity Loan Trust 2003-1 ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
         Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Home
          Equity Loan Trust 2003-1 ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
         Charles Griffin Wohlrab    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
          Home Equity Loan Trust 2003-1 cwohlrab@rascrane.com
         Daniel R. White    on behalf of Debtor Kathy A. Zebley zmwchapter13@gmail.com,
          gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
          kcollins@schillerknapp.com,    lgadomski@schillerknapp.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Sindi Mncina    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Home
          Equity Loan Trust 2003-1 smncina@rascrane.com
                                                                                               TOTAL: 9
```