**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KATHY A. ZEBLEY

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.: 15-21135

Chapter 13

Document No.: 105

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___16th___ day of ___October___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
10/16/20 7:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-21135-CMB |
| Kathy A. Zebley | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathy A. Zebley, 157 Rosy Hill Road, Lemont Furnace, PA 15456-1134 |
| 14022240 | | Caliber Home Loans, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 14034739 | + | Fayette County Tax Claim Bureau, c/o Sheryl R. Heid, Esq., 99 East Main Street, Uniontown, PA 15401-3519 |
| 14022242 | + | Fayette County Tax Claim Bureau, c/o John M. Zeglen, Esq., 99 East Main Street, Uniontown, PA 15401-3519 |
| 14022241 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14022243 | + | McCabe, Weisberg & Conway, 123 South Broad Street--Suite 1400, Philadelphia, PA 19109-1060 |
| 14022244 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52408-8026 |
| 14052890 | + | Toyota Motor Credit Corporation, P.O. Box 9013, Addison, TX 75001-9013 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14044616 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Oct 17 2020 01:03:00 | The Bank of New York Mellon, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14022245 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 17 2020 01:00:00 | Verizon Wireless Bankruptcy Admin., P.O. Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, as Trustee for CIT Ho |
| cr | | Toyota Motor Credit Corporation |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

**Name**  **Email Address**

Alexandra Teresa Garcia
on behalf of Creditor The Bank of New York Mellon as Trustee for CIT Home Equity Loan Trust 2003-1 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ann E. Swartz
on behalf of Creditor The Bank of New York Mellon as Trustee for CIT Home Equity Loan Trust 2003-1 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
on behalf of Creditor The Bank of New York Mellon as Trustee for CIT Home Equity Loan Trust 2003-1 cwohlrab@rascrane.com

Daniel R. White
on behalf of Debtor Kathy A. Zebley zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Martin A. Mooney
on behalf of Creditor Toyota Motor Credit Corporation kcollins@schillerknapp.com lgadomski@schillerknapp.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Sindi Mncina
on behalf of Creditor The Bank of New York Mellon as Trustee for CIT Home Equity Loan Trust 2003-1 smncina@rascrane.com

TOTAL: 9