IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Kathy A. Zebley ) | Case No.: 15-21135 CMB |
| ) | Chapter 13 |
| Debtor(s) ) | |
| _____) | Related to Doc. No. 114 |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| ) | |
| Movant, ) | |
| ) | |
| Vs. ) | |
| Kathy A. Zebley ) | |
| Respondent(s) ) | |

ORDER OF COURT

AND NOW, this  25th  day of  January , 2021, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before March 31, 2021.

BY THE COURT:

FILED
1/25/21 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm          dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-21135-CMB |
| Kathy A. Zebley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Jan 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kathy A. Zebley, 157 Rosy Hill Road, Lemont Furnace, PA 15456-1134 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2021         Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor The Bank of New York Mellon  as Trustee for CIT Home Equity Loan Trust 2003-1 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor The Bank of New York Mellon  as Trustee for CIT Home Equity Loan Trust 2003-1 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor The Bank of New York Mellon  as Trustee for CIT Home Equity Loan Trust 2003-1 cwohlrab@raslg.com |
| Daniel R. White | on behalf of Debtor Kathy A. Zebley sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |

District/off: 0315-2 User: dric Page 2 of 2
Date Rcvd: Jan 25, 2021 Form ID: pdf900 Total Noticed: 1

Martin A. Mooney
    on behalf of Creditor Toyota Motor Credit Corporation kcollins@schillerknapp.com  lgadomski@schillerknapp.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor The Bank of New York Mellon  as Trustee for CIT Home Equity Loan Trust 2003-1 smncina@rascrane.com

TOTAL: 9